In the Matter of the Claim of MARION PECORELLA, Respondent, against JOHN BARTENBACH, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 20, 1928; decided December 4, 1928.)

*Jeremiah F. Connor* and *Daniel Mungall* for appellants.
*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissent: CARDOZO, Ch. J., and ANDREWS, J.

SIMON KIRSCH, Appellant, *v.* HERBERT LUBIN, Respondent.

(Submitted November 26, 1928; decided December 4, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 645.)